UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CONNELL FOLEY LLP
Stephen V. Falanga, Esq.
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Carol Segal
(SF6414)

Order Filed on
7/6/2004
by Clerk U.S. Bankruptcy
Court District of New Jersey

In re:

SCHAEFER SALT RECOVERY, INC.,

    Debtor-in-Possession.

Case No.: 04-26360 (NLW)

Adv. No.:

Hearing Date: July 6, 2004

Hon.: Novalyn L. Winfield, USBJ

ORDER GRANTING MOTION TO DISMISS THE CHAPTER 11 CASE PURSUANT TO
11 U.S.C. §§1112(b) AND/OR 105(a)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/6/2004**

*/s/ Novalyn L. Winfield*
Honorable Novalyn L. Winfield
United States Bankruptcy Judge

Page 2
Debtor: SCHAEFER SALT RECOVERY, INC.
Case No.: 04-26360 (NLW)
Caption of Order: ORDER MOTION TO DISMISS THE CHAPTER 11 CASE PURSUANT TO 11
U.S.C. §§1112(B) AND/OR 105(A)

**THIS MATTER** having been opened to the Court by Connell Foley LLP, attorneys for Carol Segal, seeking the entry of an Order, pursuant to 11 U.S.C. §§1112(b) and/or 105(a), dismissing this Chapter 11 case for cause; and the Court having considered the papers in support of said motion; and any opposition; and for good cause shown; it is hereby

**ORDERED** that Carol Segal's motion be and is hereby granted and the above-captioned Chapter 11 case be and is hereby DISMISSED and it is further

~~**ORDERED** that Schaefer Salt Recovery, Inc. be and is hereby prohibited from filing a another petition for relief under the United States Bankruptcy Code for one hundred and eighty (180) days from the~~ date hereof; and it is further

**ORDERED** that a copy of this Order shall be served on all parties hereto within seven (7) days hereof.

*Approved by Judge Novalyn L. Winfield July 06, 2004*